IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Michael D. Robinson )
*Plaintiff/Petitioner* )
)
) Civil Action No._____
v. )
)
Corrections Corporation of America / Core Civic )
*Defendant/Respondent* )

RECEIVED
IN CLERK'S OFFICE
JAN 2 3 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form – FOR PRISONERS ONLY)

**IMPORTANT NOTE FOR ALL PRISONER APPLICANTS:** Your Application must be signed where indicated by an officer at the institution where you are confined verifying the amount of money you have on deposit at that institution. The officer's signature must be notarized in accordance with Administrative Order No. 93.

**IN ADDITION,** *unless you are filing a petition for habeas corpus under 28 U.S.C. §§ 2241, 2254, or 2255*, YOU MUST SUBMIT A CERTIFIED COPY OF YOUR TRUST FUND ACCOUNT STATEMENT (OR INSTITUTIONAL EQUIVALENT) FOR THE 6-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF YOUR COMPLAINT OR NOTICE OF APPEAL, OBTAINED FROM THE APPROPRIATE OFFICIAL OF EACH PRISON AT WHICH YOU ARE OR WERE CONFINED.

I declare under penalty of perjury that I am a plaintiff or petitioner in this case; I believe I am entitled to the relief requested; and I am unable to pay the costs of these proceedings.

In further support of this application, I answer the following questions under penalty of perjury:

1. I am being held at: Northeast Correctional Complex (NOW) (WAS) HOUSED At South Central Correctional Facility.
2. If I am employed at the institution where I am incarcerated, my gross pay or wages are: $ 20.00 per *(specify pay period)* Month (i.e., per week, two weeks, month).

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ____Yes ✓No
(b) Rent payments, interest, or dividends ____Yes ✓No
(c) Pension, annuity, or life insurance payments ____Yes ✓No
(d) Disability, or worker's compensation payments ____Yes ✓No
(e) Gifts, or inheritances ____Yes ✓No
(f) Any other sources ✓Yes ____No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Parents support myself financially while incarcerated for the last 12 months, because unable to work right at this moment

Case 1:17-cv-00004   Document 2   Filed 01/23/17   Page 1 of 6 PageID #: 111

4. Total amount of money that I have in cash or in all checking and savings accounts: $ 0

5. All automobiles, real estate, stocks, bonds, securities, trusts, jewelry, art work, and other financial instruments and things of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/A

6. All housing, transportation, utilities, loan payments, and other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N/A

8. All debts and financial obligations *(describe the amounts owed and to whom they are payable)*: N/A

*Declaration:* I declare under penalty of perjury that the above information is true, and I understand that a false statement may result in a dismissal of my claims.

Date: 1-4-2017

Michael D. Robinson
*Applicant's signature*

Michael D. Robinson
*Printed name*

## CERTIFICATE
*TO BE COMPLETED BY WARDEN OR APPROPRIATE OFFICER OF INSTITUTION*

I, Jesse James, being an authorized staff member for South Central Correctional [name of facility] certify that inmate Robinson, Michael #232452 has the total sum of $ 20.02 in his trust fund account at this facility. I hereby further certify that this inmate's trust fund average balance for the past six months has been $ 29.95.

Signature of Authorized Officer at the Institution

Sworn and subscribed before me this the
4 day of January, 20 17.

Wanda Spears
Notary Public

My Commission Expires: 11-19-2018

```
 LTFE                      TRUST FUND TRANSACTIONS              DATE:  01/04/17
 BI44Y07                          SELECT                        TIME:  10:17

Account:   00232452   ROBINSON, MICHAEL                 Actual Site:   SCCF
Status:    ACTV  Sex:    M Race:    B Age:    41        Assigned Site: SCCF
Current Balance:           0.02   Pending Balance:          20.00
                    Seq    Transaction              Trans
 S   Trans Date     No     Type/Code/Amount         Site   Current Amount  Pend Amount
 --- ----------     ----   ------------------------ -----  --------------  -----------
     07/25/2016      1     D   COM        59.70     SCCF         15.42
     07/18/2016      1     C   VIC        75.00     SCCF         75.12
     07/07/2016      1     D   COM         9.05     SCCF          0.12
     06/29/2016      1     D   COM        20.65     SCCF          9.17
     06/24/2016      1     D   COM        10.59     SCCF         29.82
     06/17/2016      1     D   COM        15.80     SCCF         40.41
     06/14/2016      1     C   PAD         4.50     SCCF         56.21
     06/13/2016      2     C   COC         1.58     SCCF         51.71
     06/13/2016      1     C   VSC        20.00     SCCF         50.13
     06/08/2016      1     D   COM        57.82     SCCF         30.13
Search:
NEXT FUNCTION:            DATA:
F1-HELP        F4-FIRST         F7-PAGE UP     F8-PAGEDOWN   F9-QUIT     F11-SUSPEND
```

Date: 01-04-2017  Time: 10:18:04.04

```
LTFE                        TRUST FUND TRANSACTIONS            DATE: 01/04/17
BI44Y07                            SELECT                      TIME: 10:17

Account:   00232452  ROBINSON, MICHAEL              Actual Site:    SCCF
Status:    ACTV  Sex:    M Race:  B Age:   41       Assigned Site:  SCCF
Current Balance:          0.02   Pending Balance:        20.00
                 Seq    Transaction              Trans
 S   Trans Date  No   Type/Code/Amount           Site   Current Amount  Pend Amount
---  ----------  ---- ----------------------     -----  --------------  -----------
     09/19/2016   1   C   VIC         10.00      SCCF        10.20
     09/16/2016   1   D   ITS          8.00      SCCF         0.20
     09/15/2016   1   D   COM         11.84      SCCF         8.20
     09/08/2016   1   C   VMO         20.00      SCCF        20.04
     08/31/2016   1   D   COM          9.25      SCCF         0.04
     08/25/2016   1   D   COM         13.65      SCCF         9.29
     08/18/2016   1   D   COM         24.06      SCCF        22.94
     08/11/2016   1   D   MED          3.00      SCCF        47.00
     08/10/2016   2   D   COM         15.42      SCCF        50.00
     08/10/2016   1   C   VMG         50.00      SCCF        65.42
Search:
NEXT FUNCTION:          DATA:
F1-HELP        F4-FIRST      F7-PAGE UP    F8-PAGEDOWN   F9-QUIT      F11-SUSPEND
```

Date: 01-04-2017   Time: 10:17:59.95

```
LTFE                        TRUST FUND TRANSACTIONS           DATE:  01/04/17
BI44Y07                            SELECT                      TIME:  10:17

Account:   00232452  ROBINSON, MICHAEL                  Actual Site:   SCCF
Status:    ACTV  Sex:    M Race:   B Age:    41         Assigned Site: SCCF
Current Balance:           0.02   Pending Balance:              20.00
                     Seq     Transaction              Trans
   S   Trans Date    No    Type/Code/Amount           Site   Current Amount    Pend Amount
  ---  ----------   ----   ----------------------    -----  ----------------  ------------
       10/24/2016     2    D   DBD        4.00       SCCF          26.38
       10/24/2016     1    C   VIC       20.00       SCCF          30.38
       10/17/2016     1    C   VMO       10.00       SCCF          10.38
       10/12/2016     1    D   COM       41.03       SCCF           0.38
       10/05/2016     2    D   COM       11.96       SCCF          41.41
       10/05/2016     1    D   POS        6.67       SCCF          53.37
       10/04/2016     1    D   DBD        4.00       SCCF          60.04
       10/03/2016     1    D   COM        3.32       SCCF          64.04
       09/27/2016     1    C   VIC       60.00       SCCF          67.36
       09/21/2016     1    D   COM        2.84       SCCF           7.36
   Search:
   NEXT FUNCTION:           DATA:
   F1-HELP       F4-FIRST       F7-PAGE UP    F8-PAGEDOWN    F9-QUIT      F11-SUSPEND
```

Date: 01-04-2017  Time: 10:17:56.10

```
LTFE                          TRUST FUND TRANSACTIONS            DATE:  01/04/17
BI44Y07                              SELECT                      TIME:  10:17

Account:   00232452   ROBINSON, MICHAEL              Actual Site:    SCCF
Status:    ACTV  Sex:    M  Race:   B Age:    41     Assigned Site:  SCCF
Current Balance:            0.02  Pending Balance:          20.00
                  Seq    Transaction              Trans
S   Trans Date    No   Type/Code/Amount          Site   Current Amount  Pend Amount
--- ----------   ----  ----------------------    -----  --------------  -----------
    01/04/2017    1   C   VMO      20.00         SCCF          0.02        20.00
    12/16/2016    2   D   COM      35.88         SCCF          0.02
    12/16/2016    1   D   ITS       5.00         SCCF         35.90
    12/08/2016    1   D   COP       1.25         SCCF         40.90
    12/07/2016    1   D   COM      17.89         SCCF         42.15
    12/06/2016    1   C   VMO      20.00         SCCF         60.04
    12/05/2016    1   C   VMO      40.00         SCCF         40.04
    11/02/2016    1   D   COM      17.34         SCCF          0.04
    10/27/2016    1   D   DBD       4.00         SCCF         17.38
    10/24/2016    3   D   DBD       5.00         SCCF         21.38
Search:
NEXT FUNCTION:          DATA:
F1-HELP       F8-PAGEDOWN   F9-QUIT       F11-SUSPEND

TOP OF LIST
```

Date:  01-04-2017   Time:  10:17:46.97